**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 24-23925-CV-WILLIAMS**

UNITED STATES OF AMERICA,

Plaintiff,

v.

VIVIAN MARIEL TOUBES BEZIC, *as personal Representative of the Estate of Norberto Raul Toubes*,

Defendant.
__________________________________________/

**FINAL JUDGMENT**

**THIS MATTER** is before the Court on th parties' Joint Motion for Entry of Final Judgment (DE 30) ("***Motion***"). Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion (DE 30) is **GRANTED**.

2. Final Judgment on Counts I through V as follows:

    a. On Count I, Vivian Mariel Toubes Bezic, as personal representative of the Estate of Norberto Raul Toubes, is liable under 31 U.S.C. § 5321(a)(5) for $449,591 for Norberto Toubes's willful failure to satisfy the FBAR reporting requirements for 2013, plus interest and failure to pay penalty under 31 U.S.C. § 3717, and associated fees.

    b. On Count II, Vivian Mariel Toubes Bezic, as personal representative of the Estate of Norberto Raul Toubes, is liable under 31 U.S.C. § 5321(a)(5) for $432,528 for Norberto Toubes's willful failure to satisfy the FBAR reporting requirements for 2014, plus interest and failure to pay penalty under 31 U.S.C. § 3717, and associated fees.

c. On Count III, Vivian Mariel Toubes Bezic, as personal representative of the Estate of Norberto Raul Toubes, is liable under 31 U.S.C. § 5321(a)(5) for $432,528 for Norberto Toubes's willful failure to satisfy the FBAR reporting requirements for 2015, plus interest and failure to pay penalty under 31 U.S.C. § 3717, and associated fees.

d. On Count IV, Vivian Mariel Toubes Bezic, as personal representative of the Estate of Norberto Raul Toubes, is liable under 31 U.S.C. § 5321(a)(5) for $442,295 for Norberto Toubes's willful failure to satisfy the FBAR reporting requirements for 2016, plus interest and failure to pay penalty under 31 U.S.C. § 3717, and associated fees.

e. On Count V, Vivian Mariel Toubes Bezic, as personal representative of the Estate of Norberto Raul Toubes, is liable under 31 U.S.C. § 5321(a)(5) for $536,833 for Norberto Toubes's willful failure to satisfy the FBAR reporting requirements for 2017, plus interest and failure to pay penalty under 31 U.S.C. § 3717, and associated fees.

f. Each party will bear their own costs and attorneys' fees.

g. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this 30th day of April, 2026.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE